TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Pl. #6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
EVERARDO REGALADO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GONZALEZ, et al<br><br>        Defendants. | ) No. 2:13-CR-000026 GEB<br>)<br>)<br>) [PROPOSED ORDER] CONTINUING<br>) STATUS CONFERENCE<br>)<br>) Date:   June 28, 2013<br>) Time:   9:00 a.m.<br>) Judge:  Hon. Garland E. Burrell, Jr.<br>)<br>) |

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for June 28, 2013.  Counsel for the above-referenced defendants and counsel for the Government request that the date for status be continued to August 9, 2013. As of this date, discovery stands at 1,400 pages of written reports in addition to two wiretaps of recorded phone calls. Pre-plea investigation and reports have been done in this case regarding the number of illegal aliens that were allegedly harbored and the scope of the criminal enterprise. These reports act as an aid to counsel for the defendants and the Government in terms of resolution. This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue

investigating the facts of the case, to review the pre-plea investigation reports and to work towards resolution and/or prepare for trial.

2. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4 (time for defense counsel to prepare)  and that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. The parties agree to exclude time from the date of the filing of the order until the date of the status conference, August 9, 2013 .

3. The parties agree to continue the status conference to August 9, 2013.

Dated: June 27, 2013                     Respectfully submitted,


Dated: June 27, 2013                     /s/ Toni Carbone for
                                         DOUGLAS BEEVERS
                                         Attorney for Defendant
                                         ROBERTO GONZALEZ

Dated: June 27, 2013                     /s/ Toni Carbone for
                                         STAN KUBOCHI
                                         Attorney for Defendant
                                         CORINA DOMINGUEZ

Dated: June 27, 2013                     /s/ TONI CARBONE
                                         Attorney for Defendant
                                         EVERARDO REGALADO

Dated: June 27, 2013                     /s/ Toni Carbone for
                                         NICHOLAS FOGG
                                         Special Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of the above-named defendants be continued from June 28, 2013 to August 9, 2013. It is FURTHER ORDERED that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4 (time for defense counsel to prepare) and that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Time is excluded time from the date of the filing of the order until the date of the status conference, August 9, 2013.

**Date: 6/28/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge