1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERTO URBINA GONZALEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         ) CR. No. 2:13-cr-00026 GEB
                                      )
12 |          Plaintiff,               ) STIPULATION AND [PROPOSED] ORDER
                                      ) TO CONTINUE STATUS CONFERENCE
13 | v.                                )
                                      )
14 | ROBERTO URBINA GONZALEZ,          )
     et al.,                           )
15 |                                   ) Date: August 30, 2013
              Defendants.              ) Time: 9:00 a.m.
16 |                                   ) Judge: Hon. Garland E. Burrell, Jr.
                                      )

17

18     The parties request that the status conference in this case be continued from Friday, August 9, 2013,

19 to Friday, August 30, 2013 at 9:00 a.m.  They stipulate that the time between August 9, 2013 and August 30,

20 2013 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that

21 the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have

22 reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18

23 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel needs additional time to

24 investigate the facts of the case, to consult with an expert, and examine the contraband. The parties stipulate

25 and agree that the interests of justice served by granting this continuance outweigh the best interests of the

26 public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

27

28

1 | Dated: July 24, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ROBERTO URBINA GONZALEZ

Dated: July 24, 2013

*/s/ Toni Carbone*
TONI CARBONE
Attorney for Defendant
EVERADO IBARRA REGALADO

Dated: July 24, 2013

*/s/ A. Stanley Kubochi*
A. Stanley Kubochi
Attorney for Defendant
CORINA DOMINGUEZ

Dated: July 24, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jill Thomas*
JILL THOMAS
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 9, 2013, be continued to August 30, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the August 30, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated:  July 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge