HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ROBERTO URBINA GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO URBINA GONZALEZ,<br><br>Defendant. | NO. 2:13-CR-00026 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   October 11, 2013<br>TIME:    9:00 AM<br>JUDGE: Hon. Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from Friday, September 20, 2013, to Friday, October 11, 2013 at 9:00 a.m. They stipulate that the time between September 20, 2013 and October 11, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] (Local Code T-4).

Specifically, defense counsel recently received additional discovery and needs additional time to review the new discovery with the defendant with the aid of an interpreter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

| | |
|---|---|
| Dated: September 18, 2013 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>ROBERTO URBINA GONZALEZ |
| Dated: September 18, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Jill Thomas*<br>JILL THOMAS<br>Assistant United States Attorney<br>Attorney for Plaintiff |

### **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 20, 2013, be continued to October 11, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the October 11, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T-4).

**IT IS SO ORDERED.**

**Dated: September 19, 2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

*U.S. v. Urbina-Gonzalez*
Stipulation and Order

-2-